# EXHIBIT "A"

