# EXHIBIT "B"




# Hannah Soboleski

Cherokee 🪶
DV Survivor ✊
Animal Welfare Activist
President of Binx's Home for Black Cats

 Hannah Soboleski          Add Friend

### Do you know Hannah?
To see what she shares with friends, send her a friend request.      Add Friend

### Intro

 Engaged to **Sean D Soboleski**



Case 1:21-cv-00069-MOC-WCM   Document 18-2   Filed 06/23/21   Page 2 of 3

