IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Asheville Division)

| | |
|---|---|
| HANNAH R. GREEN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:21-cv-00069-MOC-WCM |
| MOOG MUSIC, INC., | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION TO QUASH THIRD PARTY SUBPOENAS AND FOR PROTECTIVE ORDER

COMES NOW Plaintiff, Hannah R. Green, by and through counsel, and hereby moves this Court pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure for an Order to quash third party subpoenas and for a Protective Order concerning service of such subpoenas. Specifically, Plaintiff seeks an Order quashing four proposed subpoenas by Defendants on Plaintiff's former employers, each of which seeks her entire personnel records with those entities. Plaintiff also seeks a Protective Order directing that these proposed subpoenas not be served.

Counsel for Plaintiff has conferred with Defendant's counsel in a good-faith effort to resolve the issues set forth in this Motion.

In support of this Motion, Plaintiff relies upon the Memorandum of Law filed contemporaneously herewith, and Exhibits 1 (proposed subpoenas) and 2 (correspondence with defense counsel) attached thereto.

WHEREFORE, Plaintiff respectfully requests that the Court quash the proposed subpoenas and issue a Protective Order as outlined above.

Dated: March 11, 2022

Respectfully submitted.

/s/ Catharine E. Edwards
Catharine E. Edwards
North Carolina Bar No. 52705
cee@eblaw.com
Kristen L. Beightol
North Carolina Bar No. 27709
klb@eblaw.com
**EDWARDS BEIGHTOL, LLC**
P.O. Box 6759
Raleigh, North Carolina 27628
Telephone: (919) 636-5100
Facsimile: (919) 495-6868

/s/ Sean D. Soboleski
Sean D. Soboleski
North Carolina Bar No. 27620
sean@consumerprotection.legal
**SOBOLESKI LAW, PLLC**
2 Wall Street, Suite 111
Asheville, North Carolina 28801
Telephone: (828) 515-1545

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2022, I electronically filed on behalf of the Plaintiff the foregoing **PLAINTIFF'S MOTION TO QUASH THIRD PARTY SUBPOENAS AND FOR PROTECTIVE ORDER** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel who have entered an appearance in this matter.

This the 11th day of March, 2022.

/s/ Catharine E. Edwards
North Carolina Bar No. 52705
cee@eblaw.com
**EDWARDS BEIGHTOL, LLC**
P.O. Box 6759
Raleigh, North Carolina 27628
Telephone: (919) 636-5100
Facsimile: (919) 495-6868

*Attorneys for Plaintiff*