IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Asheville Division)

| | |
|---|---|
| HANNAH R. GREEN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:21-cv-00069-MOC-WCM |
| MOOG MUSIC, INC., | ) |
| Defendant. | ) |

## **[Proposed] ORDER**

Plaintiff has filed a Motion to Quash Third Party Subpoenas and for Protective Order (Dkt. No. 49). Having reviewed the Parties' submissions and good cause having been shown, it is hereby

ORDERED that the Motion to Quash Third Party Subpoenas and for Protective Order (Dkt. No. 49) be GRANTED, and it is further

ORDERED that Defendant be directed not to serve the six subject subpoenas.

This the ___ day of March, 2022.

_____