IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL ACTION FILE NO. No. 1:21-cv-00069-MOC-WCM

| | | |
|---|---|---|
| HANNAH R. GREEN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION OF DISMISSAL |
| | ) | |
| MOOG MUSIC, INC., | ) | |
|     Defendant. | ) | |
| | ) | |

The parties, by and through their respective undersigned attorneys, hereby stipulate that all claims in the above-captioned matter are dismissed WITH PREJUDICE so that this entire lawsuit is dismissed WITH PREJUDICE pursuant to the provisions of Rule 41(a)(1)(ii).

This the 17th day of May, 2022.

| | |
|---|---|
| */s/Hayley R. Wells* | */s/Catharine E. Edwards* |
| N.C. State Bar I.D. No.: 38465 | N.C. State Bar I.D. No.: 52705 |
| email: docket@wardandsmith.com | email: cee@eblaw.com |
| email: hrw@wardandsmith.com | Kristen Beightol, Esq. |
| Xavier D. Lightfoot | N.C. State Bar I.D. No.: 27709 |
| N.C. State Bar I.D. No.: 54900 | email: klb@eblaw.com |
| email: xdlightfoot@wardandsmith.com | J. Bryan Boyd, Esq. |
| For the firm of | N.C. State Bar I.D. No.: 27726 |
| Ward and Smith, P.A. | email: jbb@eblaw.com |
| Post Office Box 2020 | Edwards Beightol, LLC |
| Asheville, NC 28802-2020 | P.O. Box 6759 |
| Telephone: 828.348.6070 | Raleigh, NC 27628 |
| Facsimile: 828.348.6077 | Sean D. Soboleski, Esq. |
| Attorneys for Defendant Moog Music, Inc. | N.C. State Bar I.D. No.: 27620 |
| | email: sean@consumerprotection.legal |
| | The Law Office of Sean D. Soboleski |
| | 2 Wall Street, Suite 111 |
| | Asheville, NC 28801 |
| | Attorneys for Plaintiff |